# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LORRAINE M. GALLAGHER**

vs.　　　　　　　　　　　**CASE NUMBER: 1:06-CV-547 (VEB)**

**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's Motion for Judgment on the Pleadings is GRANTED, further Ordered that Plaintiff's Motion for Judgment on the Pleadings is DENIED.  Judgment is entered in favor of the defendant and Plaintiff's Complaint is hereby DISMISSED.

All of the above pursuant to the order of the Honorable Magistrate Judge Victor E. Bianchini, dated the 18th day of May, 2009.

DATED: May 20, 2009

　　　　　　　　　　　　　　　　　　　　　　　　*Lawrence K. Baerman*
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　s/

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Joanne Bleskoski
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk